NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT MANKES,**
*Plaintiff-Appellant*

**v.**

**FANDANGO, LLC, REGAL ENTERTAINMENT GROUP,**
*Defendants-Appellees*

---

2017-1897

---

Appeal from the United States District Court for the Eastern District of North Carolina in No. 5:13-cv-00716-FL, Judge Louise Wood Flanagan.

---

## JUDGMENT

---

ANTHONY J. BILLER, Michael Best & Friedrich, Raleigh, NC, argued for plaintiff-appellant. Also represented by DAVID E. BENNETT, DAVID D. KALISH, Coats & Bennett, PLLC, Cary, NC.

SHARON DAVIS, Rothwell, Figg, Ernst & Manbeck, PC, Washington, DC, argued for defendants-appellees. Defendant-appellee Fandango, LLC also represented by STEVEN M. LIEBERMAN.

RICARDO BONILLA, Fish & Richardson PC, Dallas, TX, for defendant-appellee Regal Entertainment Group. Also represented by DAVID BRANDON CONRAD, THERESA DAWSON, NEIL J. MCNABNAY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  May 1, 2018  | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |